**JANET H. KING, Esq.**
**KING LAW OFFICE, LLC**
**D'Torres Bldg., Floor 2**
**PMB 763 P.O. Box 10001**
**Saipan, MP 96950**
**Telephone: 670-233-1209**

*Attorney for Defendant Liang Li*

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff<br><br>v.<br><br>LIANG LI,<br><br><br>      Defendant. | Criminal Case No.1:18-cr-00001<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING AND RESET THE SENTENCING HEARING DATE ON SEPTEMBER 14, 2018** |

      The Defendant, Liang Li, through undersigned counsel, files this motion asking the Court to continue the sentencing hearing and reset the sentencing hearing date on September 14, 2018, in order for the Court to first issue its written decision on its denial of Mr. Li's motion to withdraw his guilty plea and in anticipation of Mr. Li filing a motion to reconsider the denial of his motion. The Court previously ruled on Mr. Li's motion asking for the sentencing hearing to be taken off calendar. *See* Scheduling Order on Presentence Motions (Sept. 4, 2018, ECF No. 56) ("Defendant's Motion for an Order Taking Sentencing Off Calendar (ECF No. 55) is denied without prejudice. After the waiver and leave-to-withdraw motions are decided, the Court will

determine whether it is necessary to continue or vacate the sentencing hearing, which remains set for Friday, September 7, at 10:30 a.m.").

On September 12, 2018, the Court denied Mr. Li's motion and stated it would issue a written decision supporting its ruling. *See* Minutes of the U.S. District Court for the Northern Mariana Islands (Sept. 12, 2018, ECF No. 70) ("Attorney King asked if the Court will be issuing a written decision. Court stated first, the record will suffice and that the ruling stands. Court stated it intends to support this with a written decision."). To date, no written decision has been issued. The hearing on Mr. Li's motion is scheduled for September 14, 2018 at 1:30 p.m. Mr. Li asks that the Court continue the sentencing hearing and reset the sentencing hearing date.

Undersigned counsel has contacted the United States, and Mr. Benedetto opposes this motion.

Dated: Saipan, CNMI, September 13, 2018.

                                                KING LAW OFFICE, LLC

                                                \_/s/Janet H. King_____
                                                JANET H. KING, Esq. F0368
                                                Attorney for Defendant Liang Li